WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BoxNic Anstalt, | No. CV18-1263-PHX-DGC |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Gallerie degli Uffizi, | |
| Defendant/Counterclaimant. | |

On October 1, 2019, the Court afforded Plaintiff BoxNic Anstalt one final opportunity to comply with the Court's orders. Doc. 43. Plaintiff was given until October 25, 2019 for new counsel to appear on its behalf. *Id*. New counsel has not appeared. As a result, the Court enters the following orders:

**IT IS ORDERED:**

1. The motion to withdraw filed by current Plaintiff's counsel (Doc. 37) is **granted.**

2. Plaintiff's complaint (Doc. 1) is dismissed with prejudice.

3. The Court will enter default judgment against Plaintiff on Defendant's counterclaims (Doc. 19 at 10-22). Defendant shall have until **November 22, 2019** to provide the Court with a proposed default judgment and evidentiary material in support of the amount of any monetary judgment or the terms of any injunctive relief.

Dated this 1st day of November, 2019.

David G. Campbell
Senior United States District Judge