FILED UNDER SEAL

# EXHIBIT 2