# EXHIBIT 3

# RUBIN ANDERS

1309 Beacon Street, Suite 300　　P: (617) 547-7200　　www.rubinanders.com
Brookline, MA 02446　　F: (617) 547-7201

Mr. Brian W. LaCorte
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

July 16, 2019

**Re: *BoxNic Astalt vs. Gallerie degli Uffizi***

Dear Mr. LaCorte:

This will confirm our agreement that Ballard Spahr LLP ("BALLARD") will retain Mr. Jonathan Hochman through Rubin/Anders Scientific, Inc. ("RAS") to act as a consultant in the above referenced matter. You agree that any involvement of Mr. Hochman in this or other related matters will be pursued through an agreement with RAS.

The billing rate for Mr. Hochman's services is $▇▇▇ per hour for all work, plus expenses, all subject to such guidelines as you may choose to establish, in advance and in writing, with Mr. Hochman.

Upon signing, BALLARD agrees to pay RAS a non-refundable retainer of $6,500 covering the first ▇▇▇ hours of Mr. Hochman's consulting work. Upon receipt of these funds, RAS shall promptly pay Mr. Hochman a retainer therefrom to be applied against the first ▇▇▇ hours of his consulting work. BALLARD agrees to provide Mr. Hochman with ▇▇▇ hours of work within 6 (six) months of signing this agreement or Mr. Hochman may bill BALLARD as if such work had been requested. ▇▇▇

Invoices are payable promptly upon receipt from RAS. Payments should be made to:

Rubin/Anders Scientific, Inc.
1309 Beacon St., Suite 300
Brookline, MA 02446

Mr. Hochman shall perform his work in the capacity of an independent contractor and not as an employee of BALLARD or RAS. ▇▇▇

Very truly yours,

*[signature]*

Louise M. Mizgerd
Research Contract Manager
Rubin/Anders Scientific, Inc.

ACCEPTED AND AGREED:

*[signature]*

Brian W. LaCorte
Ballard Spahr LLP
Dated:

FM #8009039 112006

Ballard Spahr LLP

Rubin/Anders Scientific, Inc
1309 Beacon St, Suite 300
Brookline, MA  02446

Check No.   REDACTED
Vendor No.  127351-04
Date        07/19/2019

Amount:  Six Thousand Five Hundred and 00/100 Dollar(s)

Amount   $6,500.00

**NON - NEGOTIABLE**

| Date       | Invoice Number | Description                                                                                                     | Amount   |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------|----------|
| 07/16/2019 | 071619         | Rubin/Anders Scientific, Inc - Inv # 071619 - Non-refundable retainer fpr ▇ hours of time for consultant, Jonathan Hochman | 6,500.00 |

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA  19103

PNC Bank, NA 060
New Jersey

Check No.   REDACTED
55 - 277 / 312

Date:   07/19/2019

PAY EXACTLY: Six Thousand Five Hundred and 00/100 Dollar(s)

Amount   $6,500.00

PAY TO THE ORDER OF

Rubin/Anders Scientific, Inc
1309 Beacon St, Suite 300
Brookline, MA  02446

Additional Signature Required if Over $5,000

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING

REDACTEDREDACTEDREDACTED