# EXHIBIT 4



# Invoice

| Date | Invoice |
|---|---|
| 28-May-2019 | 192191 |
| **Park Project Number** | |
| BASP_1904_021_AA | |
| **Po Number** | |
| N/A | |

15 W 37th Street
8th Floor
New York, NY 10018
[t] 212.581.8870

| Bill To: |
|---|
| Ballard Spahr LLP |
| Attn: Jonathon Talcott |
| 1 East Washington Street Suite 2300 |
| Phoenix, AZ 85004 |
| United States |

| Contact: Jonathon Talcott | Client Matter # |
|---|---|
| **Sales Person** | 075820.00/00299396 |
| K Dunham | |
| kyle.dunham@welocalize.com | |

| Item | Description | Total |
|---|---|---|
| Translation | Documents:<br>1.1 Statuto Gallerie degli Uffizi. PDF<br>etc. 16 PDFs<br>Italian (Italy)->English (United States) | **10,008.86 USD** |
| Late payments, post net 30, will incur a monthly interest charge of 1.5% | **Project Total** | 10,008.86 USD |
| **Due this invoice:** | Final Payment | **10,008.86 USD** |
| Terms    Net   30 | | |

Tax ID: 52-2212421

Interested in patent filing? Park IP specializes in filing patents in every country.
For a quote, email filing@parkipfiling.com or call 212-581-8870.

Please send remittance advice for every payment.
If sending remittance advice by email, please send to accounts.receivable@welocalize.com

For questions, please contact    Accounts@ParkIp.com

**Remittance Information**

Please mail checks/cheques to:
Park IP c/o Welocalize, Inc.
241 East 4th Street, Suite 207
Frederick, MD 21701

Bank Details
Account name:   Welocalize Inc.
Bank name:      REDACTED
Bank address:   REDACTEDREDACTEDREDACTED
Account No.     REDACTED
Routing No.     REDACTED
Routing No.     REDACTED
Swift Code:     REDACTEDREDACTED
                REDACTEDREDACTED

FM #8009039 112008

**Ballard Spahr LLP**

Park IP Translations
241 East 4th Street, Suite 207
c/o Welocalize, Inc.
Frederick, MD 21701

Check No. REDACTED
Vendor No. 118256-02
Date 07/02/2019

Amount: Ten Thousand Eight and 86/100 Dollar(s)

Amount $10,008.86

## NON - NEGOTIABLE

| Date | Invoice Number | Description | Amount |
|---|---|---|---|
| 05/28/2019 | 192191 | Park IP Translations - Invoice #192191 - Translation from Italian to English of Several PDF documents (Statuto Gallerie degli Uffizi and 15 others) | 10,008.86 |

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Ballard Spahr LLP**
1735 Market Street
51st Floor
Philadelphia, PA 19103

PNC Bank, NA 060
New Jersey

Check No. REDACTED
55 - 277 / 312

Date: 07/02/2019

PAY EXACTLY: Ten Thousand Eight and 86/100 Dollar(s)

Amount $10,008.86

PAY TO THE ORDER OF

Park IP Translations
241 East 4th Street, Suite 207
c/o Welocalize, Inc.
Frederick, MD 21701

Additional Signature Required if Over $5,000

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING

REDACTEDREDACTEDREDACTED



# Invoice

| Date | Invoice |
|---|---|
| 6-Jun-2019 | 192998 |
| **Park Project Number** | |
| BASP_1905_027_AA | |
| **Po Number** | |
| N/A | |

15 W 37th Street
8th Floor
New York, NY 10018
[t] 212.581.8870

**Bill To:**

Ballard Spahr LLP
Attn: Jonathon Talcott
East Washington Street
Suite 2300
Phoenix, AZ 85004 United States

**Contact:** Jonathon Talcott

**Sales Person**
K Dunham
kyle.dunham@welocalize.com

**Client Matter #**
075820.00/0029939

| Item | Description | Total |
|---|---|---|
| Mt Consulting Fees | Documents:<br>MIDP Responses of The Uffizi [DRAFT]<br>DMWEST_36919794(2).DOCX<br>English (United States)->Italian (Italy) | **122.64 USD** |
| Late payments, post net 30, will incur a monthly interest charge of 1.5% | **Project Total** | 122.64 USD |
| **Due this invoice:** | Final Payment | **122.64 USD** |
| Terms   Net   30 | | |

Tax ID: 52-2212421

Interested in patent filing? Park IP specializes in filing patents in every country.
For a quote, email filing@parkipfiling.com or call 212-581-8870.

Please send remittance advice for every payment.
If sending remittance advice by email, please send to accounts.receivable@welocalize.com

For questions, please contact    Accounts@ParkIp.com

**Remittance Information**

Please mail checks/cheques to:
Park IP c/o Welocalize, Inc.
241 East 4th Street, Suite 207
Frederick, MD 21701

Bank Details
Account name:   Welocalize Inc.
Bank name:      REDACTED
Bank address:   REDACTEDREDACTEDREDACTED
Account No.     REDACTED
Routing No.     REDACTED
Routing No.     REDACTED
Swift Code:     REDACTEDREDACTED
                REDACTEDREDACTED

FM #8009039 112008

Ballard Spahr LLP

Park IP Translations
241 East 4th Street, Suite 207
c/o Welocalize, Inc.
Frederick, MD 21701

Check No. REDACTED
Vendor No. 118256-02
Date 10/14/2019

Amount: One Hundred Twenty-Two and 64/100 Dollar(s)

Amount $122.64

**NON - NEGOTIABLE**

| Date | Invoice Number | Description | Amount |
|---|---|---|---|
| 07/17/2019 | 195758q | Park IP Translations - Inv # 195758q - Translation from English to Italian of MIDP Responses of The Uffizi | 122.64 |

---

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Ballard Spahr LLP**
1735 Market Street
51st Floor
Philadelphia, PA 19103

PNC Bank, NA 060
New Jersey

Check No. REDACTED
55 - 277 / 312

Date: 10/14/2019

PAY EXACTLY: One Hundred Twenty-Two and 64/100 Dollar(s)

Amount $122.64

PAY TO THE ORDER OF

Park IP Translations
241 East 4th Street, Suite 207
c/o Welocalize, Inc.
Frederick, MD 21701

Additional Signature Required if Over $5,000

SIGNATURE HAS A BLUE-GREEN BACKGROUND · BORDER CONTAINS MICROPRINTING   MP

REDACTEDREDACTEDREDACTED



# Invoice

| Date | Invoice |
|---|---|
| 17-Jul-2019 | 195758 |
| **Park Project Number** | |
| BASP_1907_030_AA | |
| **Po Number** | |
| N/A | |

15 W 37th Street
8th Floor
New York, NY 10018
[t] 212.581.8870

**Bill To:**

Ballard Spahr LLP
Attn: Jonathon Talcott
1 East Washington Street Suite 2300
Phoenix, AZ 85004
United States

| Contact: | Jonathon Talcott | Client Matter # |
|---|---|---|
| **Sales Person** | | 075820.00/00299396 |
| K Dunham  kyle.dunham@welocalize.com | | |

| Item | Description | Total |
|---|---|---|
| Mt Consulting Fees | Italian (Italy)->English (United States) | **100.00 USD** |
| Late payments, post net 30, will incur a monthly interest charge of 1.5% | **Project Total** | 100.00 USD |
| **Due this invoice:** | **Final Payment** | **100.00 USD** |
| Terms  Net  30 | | |

Tax ID: 52-2212421

Interested in patent filing? Park IP specializes in filing patents in every country.
For a quote, email filing@parkipfiling.com or call 212-581-8870.

Please send remittance advice for every payment.
If sending remittance advice by email, please send to accounts.receivable@welocalize.com

For questions, please contact    Accounts@ParkIp.com

**Remittance Information**

Please mail checks/cheques to:
Park IP c/o Welocalize, Inc.
241 East 4th Street, Suite 207
Frederick, MD 21701

Bank Details
Account name:   Welocalize Inc.
Bank name:      REDACTED
Bank address:   REDACTEDREDACTEDREDACTED
Account No.     REDACTED
Routing No.     REDACTED
Routing No.     REDACTED
Swift Code:     REDACTEDREDACTED
                REDACTEDREDACTED

**Ballard Spahr LLP**

Park IP Translations
241 East 4th Street, Suite 207
c/o Welocalize, Inc.
Frederick, MD 21701

Check No. REDACTED
Vendor No. 118256-02
Date 10/14/2019

Amount: One Hundred and 00/100 Dollar(s)

Amount $100.00

**NON - NEGOTIABLE**

| Date | Invoice Number | Description | Amount |
|---|---|---|---|
| 07/17/2019 | 195758 | Park IP Translations - Inv # 195758 - Translation from Italian to English of July 9, 2019 email from The Uffizi | 100.00 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Ballard Spahr LLP**
1735 Market Street
51st Floor
Philadelphia, PA  19103

PNC Bank, NA 060
New Jersey

Check No. REDACTED
55 - 277 / 312

Date: 10/14/2019

PAY EXACTLY: One Hundred and 00/100 Dollar(s)

Amount $100.00

PAY
TO THE
ORDER OF

Park IP Translations
241 East 4th Street, Suite 207
c/o Welocalize, Inc.
Frederick, MD  21701

Additional Signature Required if Over $5,000

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING MP

REDACTEDREDACTEDREDACTED