# EXHIBIT 5



*Ministero per i beni e le attività culturali*

Prot. n. 8605_22.13.01                    FIRENZE 2 0 SET. 2018

Spett.le
**Studio Legale
Ballard Spahr,
Avv. Brian W. LACORTE**
Phoenix, Arizona

*Invio tramite email: lacorteb@ballardspahr.com*

**Oggetto**: lettera di conferimento dell'incarico per il servizio di difesa in giudizio nella causa BoxNic Anstalt / Gallerie degli Uffizi – United States District Court, District of Arizona.

**CIG**: 7623946743

- Vista la determina n 313 del 14 settembre 2018 relativa all'affidamento dell'incarico per il servizio di difesa in giudizio nella causa BoxNic Anstalt / Gallerie degli Uffizi – United States District Court, District of Arizona;
- Visto che nella determina di cui sopra è stato individuato come affidatario del suddetto servizio lo Studio legale Ballard Spahr, Avv. Brian W. LACORTE;
- Visto che l'approvvigionamento di cui al presente affidamento sarà finanziato con i fondi ordinari delle Gallerie degli Uffizi – Esercizio Finanziario 2018, CAP 1261;



Tutto ciò premesso e considerato,






*Ministero per i beni e le attività culturali*

con la presente siamo a formalizzare il suo incarico avente ad oggetto il servizio di difesa in giudizio nella causa BoxNic Anstalt / Gallerie degli Uffizi – United States District Court, District of Arizona.

Si precisa fin da subito che essendo l'Ente "Le Gallerie degli Uffizi" un ufficio periferico dirigenziale di livello generale del Ministero per i Beni e le Attività Culturali, lo stesso non risulta titolare della legittimazione a stare in giudizio. Ne deriva pertanto che pur essendo il presente incarico conferito da parte delle Gallerie degli Uffizi, codesto studio legale dovrà rappresentare in giudizio in via principale il Ministero per i Beni e le Attività Culturali nella persona dell'Onorevole Ministro, oltre alle Gallerie degli Uffizi impropriamente citate in giudizio.

Si rileva che l'incarico ha natura di lavoro esclusivamente autonomo, non dà luogo a rapporto di impiego, né pubblico né privato, e si intende affidato per la sola attività professionale di avvocato, per lo svolgimento della quale il legale incaricato utilizzerà il proprio studio ed i propri strumenti professionali.

## OGGETTO DEL SERVIZIO

A seguito della decisione del WIPO (World Intellectual Property Organization), datata 02.04.2018 nel Case N. D2018-0166 tra Gallerie degli Uffizi v. Registration Private, Domains By Proxy LLC / BoxNic Anstalt, con la quale il dominio "Uffizi.com" è stato riassegnato alla Gallerie degli Uffizi, the Respondent ha impugnato la decisione presso la Corte Distrettuale in Arizona (U.S.A.).

Il servizio, pertanto, ha per oggetto la difesa in giudizio del Ministero per i Beni e le Attività Culturali in via principale e delle Gallerie degli Uffizi, nella causa presso "United States District Court – District of Arizona", concernente l'utilizzo del nome "Uffizi":



"*Plaintiff: BoxNic Anstalt*
*Defendant: Le Gallerie degli Uffizi*".

## MODALITA' DI SVOLGIMENTO DEL SERVIZIO



2



*Ministero per i beni e le attività culturali*

Il professionista assume la rappresentanza in giudizio, il patrocinio legale e l'assistenza nella controversia giudiziale di cui sopra, nonché di tutta l'attività istruttoria ad essa connessa.

Nel corso dell'incarico il professionista è tenuto ad aggiornare ogni quindici giorni la scrivente Amministrazione, fornendo tutte le informazioni in merito ai seguenti indirizzi:

- Le Gallerie degli Uffizi:
  - Piazzale degli Uffizi, n. 6, 50122 Firenze;
  - Tel: 055-2388715/684
  - E-mail: ga-uff.legale@beniculturali.it; r.gentilipurcell@gplawgroup.com;

In particolar modo il professionista selezionato dovrà relazionare sullo stato del giudizio e tenere informato costantemente la scrivente Amministrazione circa l'attività di volta in volta espletata, avendo cura di rimettere tempestivamente, copia di ogni atto prodotto in giudizio, fornendo se richiesto pareri, sia scritti che orali, circa la migliore condotta giudiziale e/o stragiudiziale da tenere da parte dell'Amministrazione nel corso del giudizio. Dovrà, altresì, segnalare gli atti più opportuni per evitare danni o aumento dei costi, anche processuali e dovrà adottare tutte le misure e le iniziative idonee alla rapida conclusione del giudizio pendente.

Il professionista si impegna a garantire per la durata della controversia la sua disponibilità in termini di reperibilità telefonica e tramite corrispondenza telematica.

Alla conclusione del giudizio il professionista fornirà all'ufficio competente una tempestiva comunicazione unitamente ad apposita relazione.

## DURATA DELL'AFFIDAMENTO



L'incarico avrà durata fino alla conclusione del giudizio innanzi alla Corte Distrettuale Americana dell'Arizona. L'eventuale successiva prosecuzione dell'incarico verrà eventualmente valutata dall'Amministrazione al fine di concordare future iniziative.

Resta inteso che l'Amministrazione avrà la possibilità di recedere dal presente accordo in ogni momento mediante semplice comunicazione scritta.



3



*Ministero per i beni e le attività culturali*

## OFFERTA ECONOMICA

L'importo, come da sua quotazione economica è di REDACTED dollari/ora con un importo massimo di dollari REDACTED.

Ai fini dell'assunzione dell'incarico verrà corrisposto al professionista un anticipo, pari a REDACTED dollari, sull'importo complessivo sopra menzionato e da decurtare dallo stesso.

All'importo totale di REDACTED dollari potranno essere aggiunte le somme corrispondenti ai costi per eventuali trasferte da parte del professionista presso gli uffici di questa Amministrazione, per una somma massima di REDACTED dollari.

Il professionista individuato potrà essere coadiuvato da un collaboratore dell'ufficio per un costo orario pari a REDACT dollari/ora.

Qualora la somma delle ore di lavoro dedicate dallo studio incaricato al servizio in oggetto dovesse corrispondere ad un importo inferiore al tetto massimo di REDACTED dollari, l'Amministrazione verserà esclusivamente l'importo alla stessa corrispondente.

Ulteriori spese, rispetto a quanto sopra specificato, non potranno essere pretese dall'Amministrazione.

Il pagamento verrà effettuato trimestralmente, previa esibizione della rendicontazione delle ore effettuate da parte del professionista e comunque entro 30 giorni d.f.f.m..

Le remunerazioni pagate sulla base del presente contratto saranno imponibili soltanto nello stato degli U.S.A. ai sensi della legge 3 marzo 2009 n. 20, artt. 14 e 19.

Ai sensi del D.P.R. n. 600 del 16 ottobre 1973, art. 7 ter, le stesse remunerazioni non sono sottoposte alla imposta sul valore aggiunto.

Il professionista assume tutti gli obblighi di tracciabilità dei flussi finanziari di cui all'articolo 3 della legge 13 agosto 2010, n. 136 e successive modifiche.

Il presente contratto non è soggetto ad imposta di registro ex art. 5 del D.P.R. 131/1986.



## RISERVATEZZA

Attraverso il presente contratto il professionista si obbliga a non divulgare ed a mantenere riservate tutte le informazioni ad esso relative, o comunque afferenti ai dati e/o attività concernenti Le Gallerie.



4



*Ministero per i beni e le attività culturali*

Il professionista si obbliga inoltre a non assegnare le stesse informazioni, trasferirle, trasmetterle o comunicarle a qualsiasi persona o ente (incluso, senza limitazione, altri professionisti, la stampa, altre società o enti pubblici) o utilizzarle per se stessi o altri, in qualsiasi momento prima della o durante l'esecuzione del presente contratto o in qualsiasi momento dopo la risoluzione dello stesso.

                                    Il Direttore
                                Dott. Eike Schmidt

*[firma]*


*[seal of the Italian government*
*Letterhead of the Italian "Ministero per I Beni e le Attivita' Culturali]*

*File no. 8605-22.13.01*                                    FIRENZE, 20 SETTEMBRE 2018

**Law Office**
**Ballard Spahr LLP**
**Brian W. LACORTE, Esq.**
Phoenix, Arizona

*Sent by e-mail: lacorteb@ballardspahr.com*

**RE:** Letter of appointment for professional services consisting in legal defense in the matter BoxNic Anstalt / Gallerie degli Uffizi pending before the United States District Court for the District of Arizona.

**Contract reference Number:** 7623946743

- Having considered resolution no. 313 of September 14, 2018 concerning the appointment of a legal consel for professional services related to the matter BoxNic Anstalt / Gallerie degli Uffizi pending before the United States District Court for the District of Arizona;
- Having considered that, in the above-mentioned resolution, it's been decided that attorney Brian W. LACORTE of Ballard Spahr, P.A. will be the attorney providing said legal services;
- Having considered that the payment of said legal services will be financed with the ordinary funds of the "Gallerie degli Uffizi" – 2018 Budget, Item no. 1261;
-

In view of the above,

we hereby formalize your appointment concerning the legal defense in the case BoxNic Anstalt / Gallerie degli Uffizi currently pending before the United States District Court for the District of Arizona.

We hereby specify that, because the entity "Le Gallerie degli Uffizi" is a local, executive branch of the Italian "Ministero per i Beni e le Attività Culturali", said "Gallerie degli Uffizi" lacks the capacity to sue or be sued. As a result of that, and even tough the formal appointment of an attorney providing legal services is made by the "Gallerie degli Uffizi", before the above-named District Court said attorney shall defend, primarily, the Italian "Ministero per i Beni e le Attività Culturali" represented by the Honorable Secretary *pro tempore*, and thereafter the improperly sued "Gallerie degli Uffizi."

We furthermore clarify that the nature of this service is typical of those provided by independent contractors, as it does not constitute an employment contract, not of private or public nature, and it is outsourced to receive mere professional legal services that the appointed attorney shall render using his own law office and his own professional equipment, resources and tools.

## MATTER COVERED BY THIS CONTRACT

Following the WIPO (World Intellectual Property Organization)'s decision of 04.02.2018 in the Case no. D2018-0166 between the Gallerie degli Uffizi v. Registration Private, Domains By Proxy LLC / BoxNic Anstalt that reassigned the domain name "Uffizi.com" to the "Gallerie degli Uffizi", the Respondent has challenged the above-mentioned decision before the U.S. District Court for the District of Arizona.

Therefore the requested service consists in the judicial representation, assistance and defense of, primarily, the Italian "Ministero per i Beni e le Attività Culturali", and subsequently of the "Gallerie degli Uffizi" in the case pending before the United States District Court for the District of Arizona pertaining the use of the name "Uffizi":

"*Plaintiff: BoxNic Anstalt*

*Defendant: Le Gallerie degli Uffizi*".

## METHOD OF EXECUTION OF THE SERVICE

2

The attorney undertakes the task of providing judicial representation, defense and legal assistance in the above-mentioned litigation, including all the preparatory activity related to it.

In the course of the representation, every fifteen days the attorney shall provide updates to the undersigned Administration on the state of the case by submitting all information to the following addresses:

- "Gallerie degli Uffizi":
  - Piazzale degli Uffizi, n. 6, 50122 Firenze;
  - Tel: 055-2388715/684
  - E-mail: ga-uff.legale@beniculturali.it; r.gentilipurcell@gplawgroup.com;

More specifically, the selected attorney shall report and keep constantly informed the undersigned Administration on the activity performed, shall promptly transmit copy of every pleadings filed in said controversy, and finally shall provide, upon request, legal opinions, either in writing or orally, on the best judicial or extrajudicial strategy and approach that said Administration should adopt during said litigation. The selected attorney shall also bring to our attention any and all acts deemed to be the most appropriate to avoid damages or raising costs, including judicial costs, and shall adopt any and all measures and initiatives that may facilitate a fast resolution of the pending litigation.

The attorney undertakes the commitment of guaranteeing his availability during the entire duration of the litigation , both by phone and electronic correspondence.

Upon conclusion of the litigation, the attorney shall promptly communicate said event to the competent office and shall produce a final report.

## DURATION OF THE ENGAGEMENT

The engagement shall continue until the judicial procedure currently pending before the U.S. District Court for the District of Arizona will come to an end. The Administration might consider the prosecution of this appointment beyond that point with the intent of agreeing on future initiatives.

The Administration shall have the right of rescinding this contract at any time by mere written notice.

## FINANCIAL CONSIDERATION

As per your quote, the amount paid for the services provided under this agreement is USD REDACTED with an overall maximum amount of USD REDACTED.

As a security retainer, the attorney will receive an advanced payment of USD REDACTED, to be deducted from the overall maximum amount mentioned above.

In addition to the total maximum amount of USD REDACTED, there might be an additional amount of USD REDACTED covering the travel costs of the engaged professional to the offices of this Administration.

The selected attorney will be be assisted by a firm's associate whose hourly rate is USD REDACTED/hour.

Should the total amount of hours that the selected law firm dedicates to the services herein described be lower than the total amount of USD REDACTED, this Administration will pay only the corresponding amount due.

This Administration will not be responsible for any other additional costs and fees beyond the amounts specified above.

Payment will occur on a quarterly basis, upon exhibition of the billing statements detailing the hours worked by the attorney, and in any event within 30 days month end from the date of the invoice.

Pursuant to articles 14 and 19 of Italian law of 3 March 2009 no. 20, any tax liabilities due on the compensation received under this agreement shall arise solely towards the U.S. Government or any of its territorial units.

Pursuant to article 7ter of the Presidential Decree no. 600 of 16 October 1973, art. 7 ter, said compensation is not subject to the VAT (Value Added Tax).

The attorney undertakes all the obligations related to the traceability of the financial transactions as established under article 3 of Italian law 13 August 2010 no. 136, as amended.

This agreement is not subject to the registration fee established under article 5 of the Presidential Decree no. 131/1986.


## PRIVACY

Pursuant to this agreement, the attorney undertakes the obligation to not to disclose and to maintain private all the information exchanged in connection to it, or in any case related to the data and/or activity pertaining the "Gallerie degli Uffizi."

The attorney also undertakes the obligation to not to assign, transfer, transmit, or otherwise communicate said information to any individuals or entities (including, with no limitations, other professionals, the press, other companies or public entities) so that they may use it for themselves or other parties.

The  Director
Dr. Eike Schmidt