# EXHIBIT 6

Brian W. LaCorte (012237)
lacorteb@ballardspahr.com
Jonathon A. Talcott (030155)
talcottj@ballardspahr.com
Mitchell L. Turbenson (033278)
turbensonm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
*Attorneys for Defendant/Counterclaimant*
*Gallerie degli Uffizi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BoxNic Anstalt,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>Gallerie degli Uffizi,<br><br>Defendant/Counterclaimant. | Case No. CV-18-01263-PHX-DGC<br><br>**LRCIV 54.2(D)(1) STATEMENT OF CONSULTATION** |

I certify that undersigned counsel for Gallerie degli Uffizi (the "Gallerie") attempted in good-faith to meet and confer with Plaintiff and Counterdefendant BoxNic to resolve the issues pertaining to the Gallerie's Motion for Attorneys' Fees and Non-Taxable Costs (the "Motion") in satisfaction of LRCiv 54.2(d)(1). Undersigned counsel for the Gallerie sent BoxNic an e-mail as well as a letter to its known e-mail address and physical address registered with the Court. The correspondence explained the need to meet-and-confer and the pertinent deadline for so doing. The letter was delivered on Friday, February 14, 2020, and Herrand Trauttmansdorff (acting on behalf of BoxNic) acknowledged receipt in an e-

mail to undersigned counsel on Monday, February 17, 2020, stating BoxNic was unavailable to meet-and-confer by the filing deadline. Thus, undersigned counsel for the Gallerie has made a good faith effort but has been unable to arrange for a personal consultation with BoxNic, and the parties were unable to satisfactorily resolve the issues raised in this Motion via their correspondence.

RESPECTFULLY SUBMITTED this 19th day of February, 2020.

**BALLARD SPAHR LLP**

By: */s/ Mitchell L. Turbenson*
    Brian W. LaCorte
    Jonathon A. Talcott
    Mitchell L. Turbenson
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    *Attorneys for Defendant/Counterclaimant Gallerie degli Uffizi*