1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| BoxNic Anstalt,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>vs.<br><br>Gallerie degli Uffizi,<br><br>　　　　Defendant/Counterclaimant. | No. CV18-1263-PHX-DGC<br><br>**ORDER** |

The Court, having reviewed Defendant/Counterclaimant Gallerie degli Uffizi's Motion for Attorneys' Fees and Related Non-Taxable Costs (Doc. __, "Motion"), and sufficient reasons existing to justify the requested award,

IT IS HEREBY ORDERED granting the Motion and awarding Gallerie degli Uffizi: (i) attorneys' fees in the amount of $105,238.00; (ii) related non-taxable costs for expert witness fees in the amount of $6,500.00; and (iii) related non-taxable costs for document translations in the amount of $10,231.50.

1